■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY D. WOOTEN, Appellant. [946 NYS2d 914]—Appeal from a judgment of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), rendered June 28, 2011. The judgment convicted defendant, upon his plea of guilty, of assault in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of assault in the third degree (Penal Law § 120.00 [1]). Contrary to defendant's contention, the record establishes that he knowingly, voluntarily and intelligently waived the right to appeal (see generally People v Lopez, 6 NY3d 248, 256 [2006]), and that valid waiver forecloses any challenge by defendant to the severity of the sentence (see id. at 255; see generally People v Lococo, 92 NY2d 825, 827 [1998]; People v Hidalgo, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Carni, Lindley, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE L. STEWART, Appellant. [948 NYS2d 841]—Appeal from a judgment of the Supreme Court, Erie County (M. William Boller, A.J.), rendered July 15, 2011. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fourth degree and criminal mischief in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Carni, Lindley, Sconiers and Martoche, JJ.